### JOHNSON, for use, *v.* SOUTHERN RAILWAY COMPANY.

LITTLE, J. The principles of law ruled in the case of *Central of Georgia Railway Co.* v. *Brinson & Ingram,* 109 *Ga.* 354, control the question raised in this case adversely to the contention of the plaintiff in error. *Judgment affirmed. All the Justices concurring.*

Argued December 15, 1899.—Decided January 29, 1900.

Certiorari. Before Judge Lumpkin. Fulton superior court. March term, 1899.

*Lavender R. Ray,* for plaintiff. *Dorsey, Brewster & Howell, Arthur Heyman,* and *Eugene Dodd,* for defendant.

---

### REEVES *v.* JOHNSON.

LEWIS, J. There was sufficient evidence to support the verdict. The newly discovered evidence was of an impeaching character, and does not authorize the grant of a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued December 15, 1899.—Decided January 29, 1900.

Action for damages. Before Judge Reid. City court of Atlanta. March term, 1899.

*Simmons & Corrigan,* for plaintiff in error.
*John C. Reed* and *Lavender R. Ray,* contra.